IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IMONEX SERVICES, INC. | § | |
| | § | |
| Plaintiff | § | Civil Action No. 2-03CV-005-TJW |
| | § | |
| v. | § | |
| | § | |
| GREENWALD INDUSTRIES, INC., | § | |
| A DIVISION OF THE EASTERN | § | |
| COMPANY and MAYTAG | § | JURY TRIAL DEMANDED |
| CORPORATION | § | |
| | § | |
| Defendant | § | |

## JOINT MOTION TO STAY PENDING THE OUTCOME OF MEDIATION

Plaintiff, Imonex Services, Inc. ("Imonex") and Defendants, Greenwald Industries, Inc. ("Greenwald") and Maytag Corporation ("Maytag") herein move the Court for a stay of the litigation pending the outcome of mediation before Judge Clayton Parker. The earliest date when mediation may be had before Judge Parker is July 8, 2004.

The parties request that all deadlines in this case be stayed pending the outcome of mediation.

A Proposed Order is submitted herewith.

Respectfully submitted,

DATED: 5/24/04

By _Greg Luck by permission_ _____
Gregory M. Luck
SANKEY & LUCK, L.L.P.
Michael T. McLemore
6200 Chase Tower, 600 Travis Street
Houston, Texas 77002
(713) 224-1007 - Telephone
(713) 223-7737 - Facsimile

Randy J. McClanahan
MCCLANAHAN & CLEARMAN, L.L.P.
700 Louisiana, Suite 4100
Houston, Texas 77002
(713) 223-2005 - Telephone
(713) 223-3664 - Facsimile

Franklin Jones, Jr.
201 West Houston Street
P. O. Drawer 1249
Marshall, Texas 75671-1249
(903) 938-4395 - Telephone
(903) 938-3360 – Facsimile

COUNSEL FOR PLAINTIFF

*Brian Hoyle* by permission
_____
Mr. Michael J. Rye
Mr. Steve Coyle
CANTOR COLEBURN, L.L.P.
55 Griffin Road South
Bloomfield, CT 06002
(806) 286-2929 – Telephone
(806) 286-0115 – Facsimile

Mr. Brian Hoyle
BROWN MCCARROLL, L.L.P.
1127 Judson Road, Suite 220
Longview, Texas 75601-5157
(903) 236-9800 – Telephone
(903) 236-8787 – Facsimile

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Joint Motion to Stay Pending the Outcome of Mediation was served via certified mail, return receipt requested on the following attorneys of record on this 24 day of May, 2004.

Mr. Michael J. Rye
Mr. Steve Coyle
Cantor Coleburn, L.L.P.
55 Griffin Road South
Bloomfield, CT 06002

Mr. Brian Hoyle
Brown McCarroll, L.L.P.
1127 Judson Road, Suite 220
Longview, Texas 75601-5157

Gregory M. Luck